

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL HAGOS,<br><br>    Petitioner,<br><br>    v.<br><br>MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, et al.,<br><br>    Respondents. | Case No.: 3:26-cv-01129-BTM-VET<br><br>**ORDER GRANTING AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF NO. 15]** |

//

//

//

26-cv-1129

After Agel Hagos's grant of voluntary departure converted to a final removal order, he filed an amended petition for the writ of habeas corpus on April 17, 2026. (ECF No. 15.)  He argued that he must be released from custody because "there is no significant likelihood of removal in the reasonably foreseeable future." (*Id.* at 2 (quoting *Zadvydas v. Davis*, 533 U.S. 678 (2001)).)  He claims this despite being detained for less than the "six-month presumptively reasonable removal period" established in *Zadvydas*. (*Id.*)

The Respondents have filed an amended response to Hago's amended petition.  They "do not oppose an order from this Court directing that Petitioner be released from custody, subject to reasonable conditions of supervision pursuant to 8 U.S.C. § 1231(a)." (ECF No. 24, at 1.)  The Respondents also do not contend that the Petitioner is a danger or a flight risk.  Because the Respondents do not contest the Petitioner's claim that there is not a significant likelihood of removal in the reasonably foreseeable future or the Petitioner's requested remedy of release, the Court orders the Petitioner's release.

The petition for a writ of habeas corpus is **GRANTED** on the Petitioner's claim and the writ is **ISSUED**.  The Respondent shall immediately release Hagos from custody, subject to reasonable conditions of release pursuant to 8 U.S.C. § 1231(a).  *See* 8 U.S.C. § 1231(a)(3); 8 C.F.R. § 241.13(h)(1).  The parties shall file a statement as to the satisfaction of the writ by July 17, 2026, at 12 p.m.  The Court retains jurisdiction to enforce the writ.

The evidentiary hearing set for July 27, 2026, is **VACATED**.

**IT IS SO ORDERED.**

Dated:  July 15, 2026

_____
Honorable Barry Ted Moskowitz
United States District Judge

26-cv-1129